**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

FRANCES LOUISE CABELL

       Plaintiff,

v.                                      CIVIL ACTION NO. 5:25-cv-00586

FRANK BISIGNANO,
*Commissioner of Social Security*,

       Defendant.

## ORDER

       Pending is Plaintiff Frances Louise Cabell's Brief in Support of Judgment on the

Pleadings [ECF 9], filed January 22, 2026, seeking reversal of the decision of the Commissioner

of Social Security ("the Commissioner"). Also pending is the Commissioner's Brief in Support of

Judgment on the Pleadings [ECF 10], filed February 19, 2026, seeking to affirm the

Commissioner's decision. This action was previously referred to the Honorable Dwane L. Tinsley,

United States Magistrate Judge, for submission of proposed findings and a recommendation

("PF&R"). Magistrate Judge Tinsley filed his PF&R on March 27, 2026. [*See* ECF 12]. Magistrate

Judge Tinsley recommended that the Court (1) deny Ms. Cabell's request for Judgment on the

Pleadings insofar as it requests reversal of the Commissioner's decision, (2) grant the

Commissioner's request to affirm the decision, (3) affirm the final decision of the Commissioner,

and (4) dismiss this action from the Court's docket. [*Id.* at 18].

       The Court need not review, under a de novo or any other standard, the factual or

legal conclusions of the magistrate judge as to those portions of the findings or recommendation

to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on April 10, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 12**], **DENIES** Ms. Cabell's request for Judgment on the Pleadings insofar as it seeks reversal of the Commissioner's decision [**ECF 9**], **GRANTS** the Commissioner's request for Judgment on the Pleadings insofar as it seeks to affirm the Commissioner's decision [**ECF 10**], **AFFIRMS** the Commissioner's final decision, and **DISMISSES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 21, 2026

Frank W. Volk
Chief United States District Judge

2